RECOMMENDED FOR PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)

File Name: 20a0215p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

DANNY HILL,

　　　　　　*Petitioner-Appellant,*

　　*v.*

CARL ANDERSON, Warden,

　　　　　　*Respondent-Appellee.*

Nos. 99-4317/14-3718

Appeal from the United States District Court
for the Northern District of Ohio at Youngstown.
No. 4:96-cv-00795—John R. Adams, District Judge.

Decided and Filed:  July 15, 2020

Before:  COLE, Chief Judge; MOORE, CLAY, GIBBONS, SUTTON,
GRIFFIN, KETHLEDGE, WHITE, STRANCH, DONALD, THAPAR,
BUSH, LARSEN, NALBANDIAN, and READLER, Circuit Judges.[*]

_____

## **ORDER**

_____

A majority of the Judges of this Court in regular active service has voted for rehearing en banc of this case.  Sixth Circuit Rule 35(b) provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

---

[*] Judge Murphy recused himself from participation in this decision.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.

ENTERED BY ORDER OF THE COURT

_____
Deborah S. Hunt, Clerk